No. 94. MARCELO LEAÑO ET AL., PLAINTIFFS IN ERROR, *v.* THE UNITED STATES. In error to the Supreme Court of the

Philippine Islands.　January 21, 1909.　Dismissed pursuant to tenth rule. *Mr. A. B. Browne* and *Mr. Alexander Britton* for plaintiffs in error. *The Attorney General* for defendant in error.